**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RODNELL WILLIAMS** | **CIVIL ACTION** |
| **VERSUS** | **NO.  18-2902** |
| **JEFFERSON PARISH SHERIFF'S OFFICE, ET AL** | **SECTION "M" (1)** |

## EX PARTE CONSENT MOTION TO CONTINUE TRIAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Rodnell Williams, and Defendants, Sheriff Joseph P. Lopinto, III,  Sgt. David Murray, Deputy Isaac Hughes, Detective Anthony Buttone and Detective Kristian Fricke, who respectfully move this Court as follows:

### I.

The trial in this matter is currently scheduled to take place before this Court on October 19, 2020.

### II.

Defendants' undersigned counsel, Daniel R. Martiny, has recently been advised by his neurosurgeon that he will have to undergo multi-level spinal cord surgery on March 6, 2020,

which will result in his being limited from making court appearances for approximately 45-60 days thereafter.

III.

Defendants' undersigned counsel is also counsel for one of the parties in the matter entitled "Belcher, et al v. Lopinto, et al," Civil Action No. 18-7368 on the docket of Section "H" of this Court.

IV.

The trial in the Belcher litigation was scheduled to take place commencing on Monday, March 9, 2020, and was expected to last that entire week, involving no less than six attorneys.

V.

Because of the inability of Defendants' undersigned counsel to participate in that trial as scheduled, the district judge in that matter, Judge Jane Triche Milazzo, scheduled a status conference for February 3, 2020, at which time the rescheduling of the Belcher trial was discussed.

VI.

Because of a number of attorneys involved in the Belcher matter, the Court and the parties thereto were unable to come up with an available week for trial, except for the week of October 19, 2020.

VII.

At the conclusion of the conference, Judge Milazzo rescheduled the Belcher trial for the week of October 19, 2020, with the assurance that she would explain the situation to Magistrate van Meerveld and, hopefully, have the Rodnell Williams trial date rescheduled.

VIII.

For the foregoing reasons, the parties respectfully request that this Court schedule a status conference in this matter at which time a new trial date can be selected.

IX.

As witnessed by the signatures of their respective attorneys heretobelow, all parties are in agreement that, for the foregoing reasons, the October 19, 2020 trial date in these proceedings should be rescheduled.

Respectfully submitted,

**MARTINY & ASSOCIATES, LLC**
131 Airline Highway - Suite 201
Metairie, Louisiana 70001
Telephone:  (504) 834-7676
Facsimile:  (504) 834-5409
E-mail:   danny@martinylaw.com
              jeff@martinylaw.com

*/s/ Daniel R. Martiny*
**DANIEL R. MARTINY (LA Bar 9012)**
**JEFFREY D. MARTINY (LA Bar 35012)**
Attorneys for Defendants, Sheriff Joseph P. Lopinto, III,  Sgt. David Murray, Deputy Isaac Hughes, Det. Anthony Buttone and Det. Kristian Fricke

**TULANE LAW CLINIC**
6329 Freret Street
New Orleans, LA 70118
Telephone:  (504) 865-5987
E-mail:   sbrandao@tulane.edu

*/s/ Samuel T. Brandao*
**SAMUEL T. BRANDAO (LA Bar 34456)**
Attorneys for Plaintiff, Rodnell Williams

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 7th day of February, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record herein.

/s/ Daniel R. Martiny _____

DANIEL R. MARTINY (9012)