UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**RODNELL WILLIAMS**                                              **CIVIL ACTION**

**VERSUS**                                                        **NO.  18-2902-JVM**

**JEFFERSON PARISH SHERIFF'S OFFICE, ET AL**

### O R D E R

Considering the above and foregoing Motion to Continue Trial,

**IT IS ORDERED** that the motion is GRANTED.

**IT IS FURTHER ORDERED** that the trial will be rescheduled at a telephone status conference to take place on **March 5, 2020, at 2:00 p.m.**  The Court will initiate the conference call.

New Orleans, Louisiana this ___10th___ day of February, 2020.

_____
**JANIS VAN MEERVELD**
**UNITED STATES MAGISTRATE JUDGE**